**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| SHACORIA HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 5:24-cv-00004-MTT<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant National Credit Adjusters, LLC ("NCA"). Plaintiff and NCA are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against NCA will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. and Equifax Information Services, LLC remain pending.

Respectfully submitted February 13, 2024.

/s/ Tristan W. Gillespie
Tristan W. Gillespie, Esq. (268064)
600 Blakenham Ct.
Johns Creek, GA 30022
gillespie.tristan@gmail.com
Attorney for Plaintiff

Mailing address:
McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Tristan W. Gillespie*