UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SHACORIA HENDERSON,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>　　Defendants. | Case No.: 5:24-cv-00004-MTT<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Respectfully submitted February 16, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Tristan W. Gillespie*
　　　　　　　　　　　　　　　　　　　　Tristan W. Gillespie, Esq. (268064)
　　　　　　　　　　　　　　　　　　　　600 Blakenham Ct.
　　　　　　　　　　　　　　　　　　　　Johns Creek, GA 30022
　　　　　　　　　　　　　　　　　　　　gillespie.tristan@gmail.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　Mailing address:
　　　　　　　　　　　　　　　　　　　　McCarthy Law, PLC
　　　　　　　　　　　　　　　　　　　　4250 North Drinkwater Blvd, Suite 320
　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ  85251
　　　　　　　　　　　　　　　　　　　　Telephone: (602) 456-8900
　　　　　　　　　　　　　　　　　　　　Fax: (602) 218-4447

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Tristan W. Gillespie